| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| SOUTHERN DISTRICT OF FLORIDA | |
| Case number *(if known)* _____ | Chapter __11__ |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **DATG Pizzeria, Inc.** | |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-3632834** | |
| 4. | **Debtor's address** | **Principal place of business**  **11701 Lake Victoria Gardens Ave Ste 3101 Palm Beach Gardens, FL 33410**  Number, Street, City, State & ZIP Code  **Palm Beach**  County | **Mailing address, if different from principal place of business**  **15005 N. Northsight Blvd. Scottsdale, AZ 85260-2617**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 1

Debtor **DATG Pizzeria, Inc.**  Case number (*if known*)
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**7225**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor **DATG Pizzeria, Inc.**  Case number (*if known*)
       Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____  When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor **DATG Pizzeria, Inc.**  Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **DATG Pizzeria, Inc.**                                                  Case number (*if known*)
        Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October  6, 2022**
              MM / DD / YYYY

X **/s/ Joseph M. Ciolli**                                                       **Joseph M. Ciolli**
  Signature of authorized representative of debtor                                Printed name

Title   **President**

**18. Signature of attorney**

X **/s/ Alan R. Crane**                                                          Date **October  6, 2022**
  Signature of attorney for debtor                                                    MM / DD / YYYY

**Alan R. Crane 0963836**
Printed name

**FurrCohen P.A.**
Firm name

**2255 Glades Rd.**
**Suite 419A**
**Boca Raton, FL 33431**
Number, Street, City, State & ZIP Code

Contact phone  **561-395-0500**       Email address

**0963836 FL**
Bar number and State

Fill in this information to identify the case:

Debtor name: **DATG Pizzeria, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Roma Food/Vistar of PFGC** 2901 Titan Row Ste #136 Orlando, FL 32809 | | **Food Distributor** | | | | $59,432.28 |
| **Florida Department of Revenue Bankruptcy Section** P.O. Box 6668 Tallahassee, FL 32314-6668 | | **Sales Tax** | | | | $15,260.00 |
| **Boss Facility Services, Inc.** 60 Adams Ave Ste #109 Hauppauge, NY 11788 | | **Maintenance Services** | | | | $10,569.33 |
| **Edward Don & Company** 2562 Paysphere Circle Chicago, IL 60674 | | **Distributor of foodservice equipment and supplies** | | | | $5,244.54 |
| **Jack Scalisi Wholesale Fruit & Produce** 963 Stinson Way West Palm Beach, FL 33411 | | **Wholesale Fruit & Produce Services** | | | | $5,039.87 |
| **Alsco** 1213 South Division Ave Orlando, FL 32805 | | **Miscellaneous Services** | | | | $4,361.51 |
| **Jani - King National Accounts Division** 16885 Dallas Parkway Addison, TX 75001 | | **Cleaning Services** | | | | $2,610.80 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

| Debtor | DATG Pizzeria, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Averus** **560 N. Bullard Ave., Suite 50** **Goodyear, AZ 85338** | | **Kitchen Exhaust Cleaning Services** | | | | $777.79 |
| **Pepsi-Cola** **P.O. Box 841828** **Dallas, TX 75284-1828** | | **Beverage Services** | | | | $686.35 |
| **Ecolab** **P.O. Box 100512** **Pasadena, CA 91189** | | **Water, hygiene and infection prevention solutions** | | | | $413.00 |
| **Consolidated Fire Protection** **National Accts Recv** **153 Technology, Suite 200** **Irvine, CA 92618** | | **Fire Protection Services** | | | | $294.25 |
| **Cozzini Bros, Inc.** **350 Howard Ave** **Des Plaines, IL 60018** | | **Knife Sharpening Services** | | | | $214.00 |
| **Ecolab Pest Elimination** **26252 Network PL** **Chicago, IL 60673** | | **Pest Control** | | | | $193.48 |
| **NuCO2** **P.O. Box 417902** **Boston, MA 02241** | | **Beverage Gas Service Provider** | | | | $108.32 |
| **Excel Gardens, LLC, successor in interest to Downtown at The Gardens Associates, LTD** **5410 Edson Lane, Suite 220** **Rockville, MD 20852** | | **Eviction Action** | **Contingent Unliquidated Disputed** | | | $0.00 |

```
Alliance Bank of Arizona
One East Washington Street, Suite 100
Phoenix, AZ 85004


Alsco
1213 South Division Ave
Orlando, FL 32805


Alsco
505 East 200 South
Salt Lake City, UT 84102


Averus
560 N. Bullard Ave., Suite 50
Goodyear, AZ 85338


Boss Facility Services, Inc.
60 Adams Ave Ste #109
Hauppauge, NY 11788


Consolidated Fire Protection
National Accts Recv
153 Technology, Suite 200
Irvine, CA 92618


Cozzini Bros, Inc.
350 Howard Ave
Des Plaines, IL 60018


Ecolab
P.O. Box 100512
Pasadena, CA 91189


Ecolab
1 Ecolab Pl
Saint Paul, MN 55102


Ecolab Pest Elimination
26252 Network PL
Chicago, IL 60673


Edward Don & Company
2562 Paysphere Circle
Chicago, IL 60674
```

Edward Don & Company
9801 Adam Don Parkway
Woodridge, IL 60517


Excel Gardens, LLC
50 S. 16th Street, Suite 3325
Philadelphia, PA 19102


Excel Gardens, LLC, successor in
interest to Downtown at The Gardens
Associates, LTD
5410 Edson Lane, Suite 220
Rockville, MD 20852


Florida Department of Revenue
Bankruptcy Section
P.O. Box 6668
Tallahassee, FL 32314-6668


Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Jack Scalisi
Wholesale Fruit & Produce
963 Stinson Way
West Palm Beach, FL 33411


Jani - King National Accounts Division
16885 Dallas Parkway
Addison, TX 75001


Nu Co2
2800 SE Market Place
Stuart, FL 34997


NuCO2
P.O. Box 417902
Boston, MA 02241

```
Palm Beach County Tax Collector
Attn: Honorable Anne M. Gannon, CFC
P.O. Box 3715
West Palm Beach, FL 33402-3715


Pepsi-Cola
P.O. Box 841828
Dallas, TX 75284-1828


Roma Food/Vistar of PFGC
2901 Titan Row Ste #136
Orlando, FL 32809


Swann, Hadley, Stumo, Dietrich &
Spears, P.A.
Post Office Box 1961
Winter Park, FL 32790


U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, Suite 900
Atlanta, GA 30326-1382


U.S. Securities and Exchange Commission
Eric I. Bustillo, Regional Director
801 Brickell Avs., #1800
Miami, FL 33131


Western Alliance Bank
2701 E. Camelback RD
Phoenix, AZ 85016
```