**Fill in this information to identify the case:**

Debtor name  **DATG Pizzeria, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  **22-17790**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **November  2, 2022**          *X* **/s/ Coal Brick Oven Pizzeria Florida, Inc. as sole owner of DATG**
_____            Signature of individual signing on behalf of debtor

                                           **Coal Brick Oven Pizzeria Florida, Inc. as sole owner of DATG**
                                           Printed name

                                           **Authorized Agent**
                                           Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **DATG Pizzeria, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  **22-17790**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

Part 1:  **Summary of Assets**

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................... $     **105,238.50**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................. $     **105,238.50**

---

Part 2:  **Summary of Liabilities**

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **16,174,759.00**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $     **15,260.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$     **90,022.52**

4.  **Total liabilities** ................................................................................................
    Lines 2 + 3a + 3b     $     **16,280,041.52**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **DATG Pizzeria, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | **22-17790** |

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.        **Cash on hand** | **$3,162.00** |

3.        **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.    **Wells Fargo Bank ( At the time of the petition date, the Debtor had an equitable interest in the account held by Coal Brick Oven Pizzeria Florida, Inc.)** | **Checking** | **3371** | **$53,992.26** |

4.        **Other cash equivalents** *(Identify all)*

5.        **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | **$57,154.26** |
|---|---|

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.        **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.    **Utility Deposit** | **$300.00** |
|---|---|

Debtor   **DATG Pizzeria, Inc.**
_____      Case number *(If known)*  **22-17790**
   Name

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

   8.1.   **License and Permits** _____      **$1,319.00**

   8.2.   **Pre-payment of rent** _____      **$34,766.24**

9.   **Total of Part 2.**                                           **$36,385.24**
    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

   11a. 90 days old or less: ____**6,499.00**____ - ____**0.00**____ = ....      **$6,499.00**
                              face amount         doubtful or uncollectible accounts

12.   **Total of Part 3.**                                           **$6,499.00**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19.   **Raw materials** **Food and other perishable items such as flour, meat, cheese, produce etc.** | 9/30/2022 | $27,245.00 | Recent cost | $0.00 |

20.   **Work in progress**

21.   **Finished goods, including goods held for resale**

22.   **Other inventory or supplies**

Official Form 206A/B                     Schedule A/B Assets - Real and Personal Property                     page 2

Debtor    **DATG Pizzeria, Inc.**
_____     Case number *(If known)* **22-17790**
Name

**Paper supplies, logo,
delivery boxes.**                                        **Unknown**                                              **$0.00**

23.  **Total of Part 5.**                                                                                              **$0.00**
     Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
     ☐ No
     ■ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ■ No
     ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

     ■ No.  Go to Part 7.
     ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

     ☐ No.  Go to Part 8.
     ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** POS System Computer Tower | $0.00 | | $200.00 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
     books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
     collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                                                             **$200.00**
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Debtor | **DATG Pizzeria, Inc.** | Case number *(If known)* **22-17790** |
|---|---|---|
| | Name | |

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Restaurant decor and fixtures: wall hanging prints and chandeliers. Kitchen equipment, pizza ovens, tables & chairs. (Leasehold Improvements)** | $135,079.00 | | $5,000.00 |

**51.** **Total of Part 8.**                                                                                                        $5,000.00

Add lines 47 through 50.  Copy the total to line 87.

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

---

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.1.** **11701 Lake Victoria Gardens Ave., Suite 3101 Palm Beach Gardens, FL 33410** | Lease | $0.00 | | $0.00 |

---

Debtor    **DATG Pizzeria, Inc.**                                    Case number *(If known)* **22-17790**
_____
Name

56.   **Total of Part 9.**                                                                    | $0.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** | | | |
| 62.   **Licenses, franchises, and royalties**<br>**Debtor's right to use Grimaldi's Pizzeria name** | $0.00 | | $0.00 |

63.   **Customer lists, mailing lists, or other compilations**

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

66.   **Total of Part 10.**                                                                    | $0.00 |

Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of debtor's interest

Debtor    **DATG Pizzeria, Inc.**
_____    Case number *(If known)* **22-17790**
Name

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

**DATG Pizzeria, Inc. v. Excel Gardens LLC**                                    **Unknown**

| Nature of claim | **declaratory relief concerning a written lease** |
| Amount requested | **$0.00** |

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                    **$0.00**
Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor   **DATG Pizzeria, Inc.**
_____
Name

Case number *(If known)*  **22-17790**
_____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$57,154.26** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$36,385.24** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$6,499.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$200.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$5,000.00** | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$105,238.50** + 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$105,238.50** |

| ProductId | ProductName | InventoryMeasureName | Inventory | Cost |
|---:|---|---|---:|---:|
| 87 | Cheese, Pizza Mozzarella | LB | 672.00938 | 2745.56 |
| 151 | Romaine Lettuce | CASE | 19.09182 | 483.98 |
| 116 | Tomatoes Whole Peeled | CAN | 58.69987 | 385.85 |
| 156 | Red Peppers | CASE | 12.34513 | 341.1 |
| 107 | Pepperoni | LB | 57.23438 | 258.31 |
| 69 | Bacon | LB | 31.29157 | 229.62 |
| 88 | Cream Cheese | EA | 16.10542 | 216.3 |
| 77 | Chicken Breast | LB | 26.96042 | 214.87 |
| 99 | Jalapenos | CAN | 29.875 | 206.44 |
| 92 | Dressing - Caesar | JAR | 11.375 | 205.01 |
| 148 | Tomatoes, Roma | LB | 113.6176 | 201.19 |
| 93 | Dressing - House | JAR | 13.44774 | 181.11 |
| 157 | Cucumber | CASE | 10.79286 | 176.46 |
| 155 | Mushrooms, Medium | LB | 70.69938 | 139.91 |
| 71 | Bread, Par-Baked | LOAF | 85.4075 | 134.16 |
| 188 | Sugar Granulated Extra Fine | LB | 132.49465 | 108.7 |
| 82 | Cheese, Feta Crumble | LB | 34.42625 | 101.52 |
| 117 | Topping On Top Dessert | BAG | 24 | 98.86 |
| 91 | Dressing - Balsamic | JAR | 7.45313 | 98.03 |
| 158 | Basil | LB | 10.50289 | 81.4 |
| 83 | Cheese, Gorgonzola | LB | 18.115 | 74.09 |
| 124 | Prosciutto, Sliced | LB | 7.725 | 67.36 |
| 150 | Tomatoes, Cherry | FLAT | 3.35 | 60.3 |
| 112 | Sausage Spicy Chicken | LB | 10.85624 | 56.77 |
| 176 | Maraschino Cherries w/stem | EA | 3.03906 | 56.7 |
| 672 | Cauliflower Crusts | CASE | 0.865 | 55.66 |
| 108 | Pesto | TUB | 4.65833 | 48.79 |
| 94 | Dressing - Lemon Vinaigrette | JAR | 2.10547 | 45.83 |
| 154 | Onion, Red | LB | 80.63153 | 45.44 |
| 131 | Dressing - Metropolitan Select Blue Cheese | GAL | 2 | 44.21 |
| 814 | Sweet Baby Ray Hot Sauce | GAL | 3 | 42.18 |
| 104 | Olives, Kalamata Pitted Large | JAR | 2.39572 | 39.56 |
| 134 | Pumpkin, Pure Canned | EA | 4.87344 | 39.5 |
| 149 | Tomatoes, 4x5 | LB | 35.47 | 38.85 |
| 114 | Tiramisu Trays | TRAY | 1.25 | 37.83 |
| 105 | Olives, Black Ripe Sliced | CAN | 3.47728 | 31.85 |
| 97 | Ham, Sliced Cherrywood | LB | 5.96562 | 29.48 |
| 118 | Vanilla Extract, Pure | BOTTLE | 4.42046 | 26.82 |
| 84 | Cheese, Mozzarella Fresh Log | LB | 4.4125 | 19.91 |
| 96 | Gluten Free Crusts | CASE | 0.28 | 17.84 |
| 119 | Vinegar Balsamic | JUG | 1 | 16.68 |
| 98 | Heavy Cream | CARTON | 2.96508 | 16.67 |
| 115 | Tomatoes Sun Dried Julienne | BAG | 1.90625 | 15.7 |
| 113 | Sour Cream | LB | 34.2899 | 14.9 |
| 70 | Bread, Bruschetta | LOAF | 5.5 | 14.48 |
| 75 | Cannoli Shells, Large Chocolate | CASE | 0.35417 | 14.29 |

| | | | | |
|---|---|---|---:|---:|
| 81 | Cheese, Caesar Blend | LB | 2.96164 | 13.86 |
| 79 | Chocolate Sauce | BOTTLE | 4.2 | 10.85 |
| 178 | Garlic Powder | EA | 10.0429 | 10.21 |
| 125 | Sweet Baby Ray's Barbeque Sauce | GAL | 0.8125 | 10.11 |
| 67 | Anchovy | CAN | 1.05982 | 9.8 |
| 825 | Pears | LB | 4.5 | 9 |
| 110 | Sauce Melba | JAR | 0.59375 | 7.42 |
| 74 | Cannoli Shells, Small | CASE | 0.15 | 6.05 |
| 153 | Onion, Yellow | LB | 12.1111 | 4.54 |
| 164 | Green Peppers | CASE | 0.34098 | 4.16 |
| 159 | Parsley | BUNCH | 5.16111 | 3.05 |
| 73 | Cannoli Shells, Large | CASE | 0.08333 | 2.14 |
| 68 | Artichoke Hearts | CAN | 0.12713 | 1.54 |
| 133 | Cinnamon, Ground | EA | 1.37236 | 1.49 |
| 141 | Rosemary, Fresh | CASE | 0.1875 | 1.47 |
| 168 | Strawberries | LB | 0.4325 | 1.02 |
| 120 | Yeast Fresh/Wet | LB | 0.51531 | 0.97 |
| 169 | Blueberries | EA | 0.6875 | 0.55 |
| 95 | Eggs | CASE | 0.00417 | 0.05 |
| 121 | Reese's Peanut Butter Cups, Whole | EA | 0 | 0 |
| 122 | Coconut, Unsweetened Shredded | BAG | 0 | 0 |
| 136 | Pancetta, Diced | LB | 0 | 0 |
| 137 | Pecan Halves | LB | 0 | 0 |
| 139 | Cheese, Goat Cheese Crumbles | LB | 0 | 0 |
| 140 | Yukon Gold Potatoes | LB | 0 | 0 |
| 126 | Almonds, Sliced Untoasted | LB | 0 | 0 |
| 167 | Mint | CASE | 0 | 0 |
| 171 | Apples | LB | 0 | 0 |
| 481 | Caramel Sauce - Filling | EA | 0 | 0 |
| 498 | Ginger Snaps | BOX | 0 | 0 |
| 500 | Cocoa Powder | BAG | 0 | 0 |
| 501 | Dried Cranberries | BOX | 0 | 0 |
| 502 | Brussel Sprouts | CASE | 0 | 0 |
| 507 | Iceberg Lettuce | CASE | 0 | 0 |
| 651 | Asparagus | LB | 0 | 0 |
| 661 | Artichoke Pesto | TUB | 0 | 0 |
| 144 | Reese's Peanut Butter Cups, Crushed | LB | 0 | 0 |
| 146 | Watermelon, Fresh | EA | 0 | 0 |
| 745 | Yeast DRY iNST | CARTON | 0 | 0 |
| 778 | Asparagus 11LB | CASE | 0 | 0 |
| 145 | Bananas, Fresh | LB | -0.5 | -0.23 |
| 130 | Nilla Wafers | EA | -0.03937 | -0.25 |
| 127 | Oats, Old Fashioned | EA | -0.44642 | -1.5 |
| 129 | Butter | LB | -0.3906 | -1.59 |
| 100 | Keebler Sugar Cookies | CASE | -0.13422 | -3.76 |
| 813 | Balsamic Fig Glaze | GAL | -0.2 | -4.49 |
| 128 | Brown Sugar | LB | -5.26092 | -6.04 |

| | | | | |
|---|---|---|---:|---:|
| 187 | Salt, Kosher Coarse | EA | -2.42238 | -6.71 |
| 78 | Chocolate Chips | LB | -2.71875 | -9.08 |
| 123 | Caramel Sauce - Topping | EA | -4.85293 | -9.88 |
| 172 | Celery | EA | -7.3125 | -11.7 |
| 163 | Spinach, Baby | LB | -4.84376 | -11.72 |
| 170 | Cilantro | EA | -14.8 | -12.58 |
| 135 | Pumpkin Pie Spice | EA | -1.05843 | -18.12 |
| 89 | Dole Diced Apple | LB | -14.1875 | -36.02 |
| 138 | Dried Cherries | LB | -2.35 | -37.6 |
| 90 | Dole Diced Peach | LB | -14.1875 | -38.59 |
| 85 | Cheese, Ricotta Original | LB | -15.87012 | -46.02 |
| 109 | Salami, Genoa | LB | -9.60468 | -52.54 |
| 192 | On Top Whipped Non-Dairy Topping | EA | -21.71428 | -55.34 |
| 106 | Oreo Cookies | BOX | -5.31333 | -57.02 |
| 160 | Garlic, Peeled | JAR | -2.76938 | -64.47 |
| 72 | Cannoli Cream | BAG | -9.5 | -74.39 |
| 102 | Oil Olive Pure | GAL | -4.1508 | -133.32 |
| 111 | Sausage Italian Mild Bulk | LB | -48.25624 | -146.26 |
| 734 | Walnuts | BAG | -4 | -157.48 |
| 103 | Olives, Queen Green Pitted | GAL | -9.715 | -224.17 |
| 147 | Arugula | LB | -17.7375 | -234.02 |
| 101 | Meatball Bf F/C 1/2 cut | LB | -79.70313 | -362.76 |
| 826 | Truchard Chardonnay | BOTTLE | 0 | 0 |
| 271 | Monin Watermelon Puree | BOTTLE | 5.00829 | 66.13 |
| 471 | Ginger Ale | BOTTLE | 53 | 47.17 |
| 266 | Monin Strawberry Puree | BOTTLE | 1.74734 | 19.12 |
| 281 | Pellegrino - 500 ML | BOTTLE | 11 | 11.44 |
| 461 | Tonic Water | BOTTLE | 8.4 | 7.22 |
| 292 | Pineapple Juice | BOTTLE | 10.5 | 6.64 |
| 268 | Monin Peach Puree | BOTTLE | 0.35326 | 3.86 |
| 197 | Gosling's Ginger Beer | BOTTLE | 3.66667 | 3.23 |
| 265 | Monin Blueberry Puree | BOTTLE | 0.3 | 2.51 |
| 282 | Pellegrino - 1 L | BOTTLE | 1 | 1.67 |
| 284 | Panna - 1 L | BOTTLE | 1 | 1.67 |
| 267 | Monin Granny Smith Apple Puree | BOTTLE | 0.10414 | 1.14 |
| 659 | Monin Honey Syrup | BOTTLE | 0.1 | 0.79 |
| 291 | Cranberry Juice | BOTTLE | 0.83333 | 0.73 |
| 273 | Monin Pomegranate Syrup | BOTTLE | 0 | 0 |
| 499 | Monin Winter Citrus Syrup | BOTTLE | 0 | 0 |
| 288 | Espresso - Decaf | EA | 0 | 0 |
| 283 | Panna - 500 ML | BOTTLE | 0 | 0 |
| 269 | Monin Black Cherry Puree | BOTTLE | 0 | 0 |
| 270 | Monin Blood Orange Puree | BOTTLE | 0 | 0 |
| 198 | Demitri's Bloody Mary Mix | BOTTLE | 0 | 0 |
| 660 | Monin Guava Syrup | BOTTLE | 0 | 0 |
| 294 | Hot Tea | BOX | -0.04444 | -0.28 |
| 295 | Monin Pure Cane Syrup | BOTTLE | -0.27929 | -1.01 |

| | | | | |
|---|---|---|---|---|
| 272 | Monin Banana Puree | BOTTLE | -0.12 | -1.2 |
| 289 | Orange Juice | BOTTLE | -0.84374 | -2.2 |
| 287 | Espresso - Regular | EA | -10.9998 | -7.12 |
| 293 | Milk | JUG | -2.36875 | -12.39 |
| 816 | Monin Tiramisu Syrup | BOTTLE | -7.7 | -146.8 |
| 290 | Apple Juice | BOTTLE | -160.19998 | -151.19 |

**Fill in this information to identify the case:**

Debtor name **DATG Pizzeria, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **22-17790**

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** <br> Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Western Alliance Bank** | | $16,174,759.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**2701 E. Camelback RD**
**Phoenix, AZ 85016**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**All Assets of the Debtor**

Describe the lien
**UCC 1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**September 20, 2011**

**Last 4 digits of account number**
**2029**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. **$16,174,759.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Alliance Bank of Arizona** <br> **One East Washington Street, Suite 100** <br> **Phoenix, AZ 85004** | Line **2.1** | |

**Fill in this information to identify the case:**

Debtor name  **DATG Pizzeria, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  **22-17790**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Florida Department of Revenue**<br>**Bankruptcy Section**<br>**P.O. Box 6668**<br>**Tallahassee, FL 32314-6668** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$15,260.00** | **$0.00** |
| Date or dates debt was incurred<br>**September 2022** | Basis for the claim:<br>**Sales Tax** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number **Notice Only**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | DATG Pizzeria, Inc. | Case number (if known) | 22-17790 |
|---|---|---|---|
| | Name | | |

---

**2.3** | Priority creditor's name and mailing address

**Palm Beach County Tax Collector**
**Attn: Honorable Anne M. Gannon,**
**CFC**
**P.O. Box 3715**
**West Palm Beach, FL 33402-3715**

Date or dates debt was incurred

Last 4 digits of account number **Notice Only**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$0.00     $0.00

---

**2.4** | Priority creditor's name and mailing address

**U.S. Securities and Exchange**
**Commission**
**Office of Reorganization**
**950 East Paces Ferry Road, Suite**
**900**
**Atlanta, GA 30326-1382**

Date or dates debt was incurred

Last 4 digits of account number **Notice Only**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$0.00     $0.00

---

**Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims**

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** | Nonpriority creditor's name and mailing address

**Alsco**
**1213 South Division Ave**
**Orlando, FL 32805**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Miscellaneous Services**

Is the claim subject to offset? ■ No ☐ Yes

$4,361.51

---

**3.2** | Nonpriority creditor's name and mailing address

**Averus**
**560 N. Bullard Ave., Suite 50**
**Goodyear, AZ 85338**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Kitchen Exhaust Cleaning Services**

Is the claim subject to offset? ■ No ☐ Yes

$777.79

---

**3.3** | Nonpriority creditor's name and mailing address

**Boss Facility Services, Inc.**
**60 Adams Ave Ste #109**
**Hauppauge, NY 11788**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Maintenance Services**

Is the claim subject to offset? ■ No ☐ Yes

$10,569.33

---

Debtor   **DATG Pizzeria, Inc.**                                Case number (if known)   **22-17790**
_____
Name

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$294.25** |

**Consolidated Fire Protection**
**National Accts Recv**
**153 Technology, Suite 200**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Fire Protection Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$214.00** |

**Cozzini Bros, Inc.**
**350 Howard Ave**
**Des Plaines, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Knife Sharpening Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$413.00** |

**Ecolab**
**P.O. Box 100512**
**Pasadena, CA 91189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Water, hygiene and infection prevention solutions

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$193.48** |

**Ecolab Pest Elimination**
**26252 Network PL**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Pest Control

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,244.54** |

**Edward Don & Company**
**2562 Paysphere Circle**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Distributor of foodservice equipment and supplies

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Excel Gardens, LLC, successor in**
**interest to Downtown at The Gardens**
**Associates, LTD**
**5410 Edson Lane, Suite 220**
**Rockville, MD 20852**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Eviction Action

Last 4 digits of account number  6747

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$77.00** |

**Florida Natural Gas**
**P.O. Box 78760**
**Atlanta, GA 30357-2760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/7/2022

**Basis for the claim:**  Business debt

Last 4 digits of account number  0888

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DATG Pizzeria, Inc.** | | Case number (if known) | **22-17790** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,039.87 |
|---|---|---|---|
| | **Jack Scalisi** | ☐ Contingent | |
| | **Wholesale Fruit & Produce** | ☐ Unliquidated | |
| | **963 Stinson Way** | ☐ Disputed | |
| | **West Palm Beach, FL 33411** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __Wholesale Fruit & Produce Services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,610.80 |
|---|---|---|---|
| | **Jani - King National Accounts Division** | ☐ Contingent | |
| | **16885 Dallas Parkway** | ☐ Unliquidated | |
| | **Addison, TX 75001** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Cleaning Services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $108.32 |
|---|---|---|---|
| | **NuCO2** | ☐ Contingent | |
| | **P.O. Box 417902** | ☐ Unliquidated | |
| | **Boston, MA 02241** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Beverage Gas Service Provider__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $686.35 |
|---|---|---|---|
| | **Pepsi-Cola** | ☐ Contingent | |
| | **P.O. Box 841828** | ☐ Unliquidated | |
| | **Dallas, TX 75284-1828** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Beverage Services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59,432.28 |
|---|---|---|---|
| | **Roma Food/Vistar of PFGC** | ☐ Contingent | |
| | **2901 Titan Row Ste #136** | ☐ Unliquidated | |
| | **Orlando, FL 32809** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Food Distributor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Alsco**<br>**505 East 200 South**<br>**Salt Lake City, UT 84102** | Line __3.1__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Ecolab**<br>**1 Ecolab Pl**<br>**Saint Paul, MN 55102** | Line __3.6__<br><br>☐ Not listed. Explain ____ | _ |

---

| Debtor | **DATG Pizzeria, Inc.** | Case number (if known) | **22-17790** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Edward Don & Company**<br>**9801 Adam Don Parkway**<br>**Woodridge, IL 60517** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Excel Gardens, LLC**<br>**50 S. 16th Street, Suite 3325**<br>**Philadelphia, PA 19102** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Florida Department of Revenue**<br>**5050 West Tennessee Street**<br>**Tallahassee, FL 32399** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Nu Co2**<br>**2800 SE Market Place**<br>**Stuart, FL 34997** | Line **3.13**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Swann, Hadley, Stumo, Dietrich &**<br>**Spears, P.A.**<br>**Post Office Box 1961**<br>**Winter Park, FL 32790** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **U.S. Securities and Exchange Commission**<br>**Eric I. Bustillo, Regional Director**<br>**801 Brickell Avs., #1800**<br>**Miami, FL 33131** | Line **2.4**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 15,260.00 |
| **5b. Total claims from Part 2** | 5b.  + | $ | 90,022.52 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 105,282.52 |

**Fill in this information to identify the case:**

Debtor name __**DATG Pizzeria, Inc.**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) __**22-17790**__

☐ Check if this is an
amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Lease agreement to lease property located at 11701 Lake Victoria Gardens Ave., Suite 3101 Palm Beach Gardens, FL 33410.** |
| State the term remaining | **June 30, 2026** |
| | **Excel Gardens, LLC** |
| List the contract number of any government contract | **50 S. 16th Street, Suite 3325 Philadelphia, PA 19102** |

**Fill in this information to identify the case:**

Debtor name    **DATG Pizzeria, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **22-17790**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Coal Brick Oven Pizzeria, Inc.** | **15005 N. Northsight Blvd. Scottsdale, AZ 85260-2617** | **Western Alliance Bank** | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **DATG Pizzeria, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **22-17790**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$2,372,007.00** |
| **For prior year:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$3,046,172.00** |
| **For year before that:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$2,390,410.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

Debtor   DATG Pizzeria, Inc. _____   Case number (if known) 22-17790

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **See attached list of payments** | | **$406,422.88** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Coal Brick Oven Pizzeria, Inc.**<br>**15005 N. Northsight Blvd.**<br>**Scottsdale, AZ 85260-2617**<br>**Parent Corp and Sole Shareholder** | **October 6, 2021 to October 6, 2022** | **$3,234,326.00** | **Daily cash transfers** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Excel Gardens vs. DATG Pizzeria, Inc et al**<br>**502021CA006747XXXXMB** | **Eviction Action** | **Fifteenth Judicial Circuit Court**<br>**205 N. Dixie Hwy**<br>**West Palm Beach, FL 33401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.   **DATG Pizzeria Inc. vs. Excel Gardens LLC**<br>**502021CA006759XXXXMB** | **Contract and Debt Dispute** | **Fifteenth Judicial Circuit Court**<br>**205 N. Dixie Hwy**<br>**West Palm Beach, FL 33401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | DATG Pizzeria, Inc. | Case number *(if known)* | 22-17790 |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **FurrCohen P.A.**<br>**2255 Glades Rd.**<br>**Suite 419A**<br>**Boca Raton, FL 33431** | **Attorney Fees** | **October 3, 2022** | **$30,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Coal Brick Oven Pizzeria, Inc.** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

Debtor    DATG Pizzeria, Inc.                                          Case number (if known) 22-17790

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    DATG Pizzeria, Inc.                                     Case number *(if known)* 22-17790

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

| Debtor | DATG Pizzeria, Inc. | Case number *(if known)* | 22-17790 |
|---|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification Number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Accounting Department at Corporate Office**<br>**c/o Dale Belt and Lilli Adli**<br>**15005 N. Northsight Blvd.**<br>**Scottsdale, AZ 85260-2617** | **More than 10 years of service from Lilli Adli**<br>**Dale Belt - April 2021 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Accounting Department at Corporate Office**<br>**c/o Dale Belt and Lilli Adli**<br>**15005 N. Northsight Blvd.**<br>**Scottsdale, AZ 85260-2617** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Debtor | DATG Pizzeria, Inc. | Case number *(if known)* | 22-17790 |

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Various general managers at the resturant** | **Month ends** | **27,245.00** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **DATG Pizzeria, Inc.**<br>**15005 N. Northsight Blvd.**<br>**Scottsdale, AZ 85260-2617** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Coal Brick Oven Pizzeria Florida, Inc.** | **15005 N. Northsight Blvd.**<br>**Scottsdale, AZ 85260-2617** | **Sole Shareholder** | **100** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Joseph M. Ciolli** | **15005 N. Northsight Blvd.**<br>**Scottsdale, AZ 85260-2617** | **President** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Coal Brick Oven Pizzeria, Inc.** | **EIN:    26-2908264** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **DATG Pizzeria, Inc.**                                    Case number *(if known)*  **22-17790**

---

**Part 14:**  **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  2, 2022**

| | |
|---|---|
| **/s/ Coal Brick Oven Pizzeria Florida, Inc. as sole owner of DATG** | **Coal Brick Oven Pizzeria Florida, Inc. as sole owner of DATG** |
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor    **Authorized Agent**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

**DATG, Inc.**
*Payments Made in the 90 days Prior to Petition Date*
*Period: July 9, 2022 to October 6, 2022*

| Date Paid | Ck # if applicable | Amount | Payee | Payee Address | Purpose |
|---|---|---|---|---|---|
| 07/21/22 | 416547 | 1,209.24 | Alsco | 1213 South Division Ave Orlando, FL 32805 | Linens |
| 07/28/22 | 416569 | 1,395.62 | Alsco | 1213 South Division Ave Orlando, FL 32805 | Linens |
| 08/04/22 | 416596 | 1,473.02 | Alsco | 1213 South Division Ave Orlando, FL 32805 | Linens |
| 08/11/22 | 416620 | 1,287.91 | Alsco | 1213 South Division Ave Orlando, FL 32805 | Linens |
| 08/18/22 | 416642 | 806.89 | Alsco | 1213 South Division Ave Orlando, FL 32805 | Linens |
| 08/25/22 | 416664 | 1,336.32 | Alsco | 1213 South Division Ave Orlando, FL 32805 | Linens |
| 09/01/22 | 416693 | 1,364.23 | Alsco | 1213 South Division Ave Orlando, FL 32805 | Linens |
| 09/08/22 | 416714 | 1,330.18 | Alsco | 1213 South Division Ave Orlando, FL 32805 | Linens |
| 09/15/22 | 416740 | 1,322.21 | Alsco | 1213 South Division Ave Orlando, FL 32805 | Linens |
| 09/22/22 | 416766 | 1,304.53 | Alsco | 1213 South Division Ave Orlando, FL 32805 | Linens |
| 09/29/22 | 416787 | 2,049.40 | Alsco | 1213 South Division Ave Orlando, FL 32805 | Linens |
| 07/28/22 | 416559 | 2,811.49 | AT&T | PO BOX 105262 Atlanta, GA 30348 | Phone |
| 08/25/22 | 416658 | 2,811.76 | AT&T | PO BOX 105262 Atlanta, GA 30348 | Phone |
| 09/29/22 | 416778 | 2,811.76 | AT&T | PO BOX 105262 Atlanta, GA 30348 | Phone |
| 08/18/22 | 416657 | 436.66 | Boss Facility Services Inc | 60 Adams Ave Ste#109 Hauppauge, NY 11788 | Facilities |
| 08/25/22 | 416680 | 9,092.26 | Boss Facility Services Inc | 60 Adams Ave Ste#109 Hauppauge, NY 11788 | Facilities |
| 09/01/22 | 416706 | 3,242.70 | Boss Facility Services Inc | 60 Adams Ave Ste#109 Hauppauge, NY 11788 | Facilities |
| 09/22/22 | 416777 | 2,064.03 | Boss Facility Services Inc | 60 Adams Ave Ste#109 Hauppauge, NY 11788 | Facilities |
| 07/14/22 | 416527 | 2,560.61 | Edward Don & Company | 2562 Paysphere Circle Chicago, IL 60674 | Operating Supplies |
| 07/21/22 | 416550 | 1,839.43 | Edward Don & Company | 2562 Paysphere Circle Chicago, IL 60674 | Operating Supplies |
| 07/28/22 | 416572 | 1,528.43 | Edward Don & Company | 2562 Paysphere Circle Chicago, IL 60674 | Operating Supplies |
| 08/04/22 | 416599 | 1,209.82 | Edward Don & Company | 2562 Paysphere Circle Chicago, IL 60674 | Operating Supplies |
| 08/11/22 | 416625 | 2,770.42 | Edward Don & Company | 2562 Paysphere Circle Chicago, IL 60674 | Operating Supplies |
| 08/18/22 | 416645 | 1,927.44 | Edward Don & Company | 2562 Paysphere Circle Chicago, IL 60674 | Operating Supplies |
| 08/25/22 | 416667 | 1,042.22 | Edward Don & Company | 2562 Paysphere Circle Chicago, IL 60674 | Operating Supplies |
| 09/01/22 | 416696 | 1,719.98 | Edward Don & Company | 2562 Paysphere Circle Chicago, IL 60674 | Operating Supplies |
| 09/08/22 | 416719 | 1,560.00 | Edward Don & Company | 2562 Paysphere Circle Chicago, IL 60674 | Operating Supplies |
| 09/15/22 | 416743 | 1,773.73 | Edward Don & Company | 2562 Paysphere Circle Chicago, IL 60674 | Operating Supplies |
| 09/22/22 | 416769 | 1,676.85 | Edward Don & Company | 2562 Paysphere Circle Chicago, IL 60674 | Operating Supplies |
| 09/29/22 | 416790 | 1,290.12 | Edward Don & Company | 2562 Paysphere Circle Chicago, IL 60674 | Operating Supplies |
| 07/21/22 | 416540 | 4,023.99 | Florida Power & Light Company | FPL, General Mail Facility Miami, FL 33188 | Utility |
| 08/25/22 | 416662 | 4,162.03 | Florida Power & Light Company | FPL, General Mail Facility Miami, FL 33188 | Utility |
| 09/22/22 | 416760 | 3,885.16 | Florida Power & Light Company | FPL, General Mail Facility Miami, FL 33188 | Utility |
| 07/14/22 | 416530 | 2,586.23 | Jack Scalisi | Wholesale Fruit & Produce 963 Stinson Way West Palm Beach, FL 33411 | Produce |
| 07/21/22 | 416553 | 1,316.60 | Jack Scalisi | Wholesale Fruit & Produce 963 Stinson Way West Palm Beach, FL 33411 | Produce |
| 07/28/22 | 416575 | 1,641.56 | Jack Scalisi | Wholesale Fruit & Produce 963 Stinson Way West Palm Beach, FL 33411 | Produce |
| 08/04/22 | 416604 | 1,651.92 | Jack Scalisi | Wholesale Fruit & Produce 963 Stinson Way West Palm Beach, FL 33411 | Produce |
| 08/11/22 | 416628 | 1,425.72 | Jack Scalisi | Wholesale Fruit & Produce 963 Stinson Way West Palm Beach, FL 33411 | Produce |
| 08/18/22 | 416648 | 1,606.95 | Jack Scalisi | Wholesale Fruit & Produce 963 Stinson Way West Palm Beach, FL 33411 | Produce |
| 08/25/22 | 416670 | 1,627.32 | Jack Scalisi | Wholesale Fruit & Produce 963 Stinson Way West Palm Beach, FL 33411 | Produce |
| 09/01/22 | 416701 | 1,217.96 | Jack Scalisi | Wholesale Fruit & Produce 963 Stinson Way West Palm Beach, FL 33411 | Produce |
| 09/08/22 | 416722 | 2,243.44 | Jack Scalisi | Wholesale Fruit & Produce 963 Stinson Way West Palm Beach, FL 33411 | Produce |
| 09/15/22 | 416746 | 2,289.40 | Jack Scalisi | Wholesale Fruit & Produce 963 Stinson Way West Palm Beach, FL 33411 | Produce |
| 09/22/22 | 416772 | 2,149.41 | Jack Scalisi | Wholesale Fruit & Produce 963 Stinson Way West Palm Beach, FL 33411 | Produce |
| 09/29/22 | 416793 | 772.70 | Jack Scalisi | Wholesale Fruit & Produce 963 Stinson Way West Palm Beach, FL 33411 | Produce |
| 07/13/22 | ACH | 11,405.69 | Performance Food Group, Inc | PO Box 933580 Atlanta, GA 31193-3580 | Food/Coal/OP Supplies |
| 07/20/22 | ACH | 11,495.60 | Performance Food Group, Inc | PO Box 933580 Atlanta, GA 31193-3580 | Food/Coal/OP Supplies |
| 07/27/22 | ACH | 9,275.95 | Performance Food Group, Inc | PO Box 933580 Atlanta, GA 31193-3580 | Food/Coal/OP Supplies |
| 08/03/22 | ACH | 10,283.14 | Performance Food Group, Inc | PO Box 933580 Atlanta, GA 31193-3580 | Food/Coal/OP Supplies |
| 08/10/22 | ACH | 11,394.25 | Performance Food Group, Inc | PO Box 933580 Atlanta, GA 31193-3580 | Food/Coal/OP Supplies |
| 08/17/22 | ACH | 9,266.26 | Performance Food Group, Inc | PO Box 933580 Atlanta, GA 31193-3580 | Food/Coal/OP Supplies |
| 08/24/22 | ACH | 11,810.64 | Performance Food Group, Inc | PO Box 933580 Atlanta, GA 31193-3580 | Food/Coal/OP Supplies |
| 08/31/22 | ACH | 10,771.18 | Performance Food Group, Inc | PO Box 933580 Atlanta, GA 31193-3580 | Food/Coal/OP Supplies |
| 09/07/22 | ACH | 11,202.19 | Performance Food Group, Inc | PO Box 933580 Atlanta, GA 31193-3580 | Food/Coal/OP Supplies |
| 09/14/22 | ACH | 10,822.60 | Performance Food Group, Inc | PO Box 933580 Atlanta, GA 31193-3580 | Food/Coal/OP Supplies |
| 09/21/22 | ACH | 10,417.11 | Performance Food Group, Inc | PO Box 933580 Atlanta, GA 31193-3580 | Food/Coal/OP Supplies |
| 09/28/22 | ACH | 11,155.14 | Performance Food Group, Inc | PO Box 933580 Atlanta, GA 31193-3580 | Food/Coal/OP Supplies |
| 10/05/22 | ACH | 10,359.65 | Performance Food Group, Inc | PO Box 933580 Atlanta, GA 31193-3580 | Food/Coal/OP Supplies |
| 09/19/22 | ACH | 17,129.30 | State of Florida Dept of Revenue | | Sales Taxes Aug |
| 08/19/22 | ACH | 19,097.52 | State of Florida Dept of Revenue | | Sales Taxes July |
| 07/19/22 | ACH | 17,212.40 | State of Florida Dept of Revenue | | Sales Taxes June |
| 07/08/22 | Fintech ACH | 361.00 | Southern Eagle Distributing, Inc. | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 07/22/22 | Fintech ACH | 242.00 | Southern Eagle Distributing, Inc. | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 08/05/22 | Fintech ACH | 171.00 | Southern Eagle Distributing, Inc. | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 08/19/22 | Fintech ACH | 384.00 | Southern Eagle Distributing, Inc. | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 09/02/22 | Fintech ACH | 117.00 | Southern Eagle Distributing, Inc. | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 09/16/22 | Fintech ACH | 594.00 | Southern Eagle Distributing, Inc. | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 07/18/22 | Fintech ACH | 1,014.05 | Southern Glazer's Wine & Spirits | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 07/25/22 | Fintech ACH | 78.00 | Southern Glazer's Wine & Spirits | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 07/25/22 | Fintech ACH | 243.00 | Southern Glazer's Wine & Spirits | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 07/25/22 | Fintech ACH | 24.00 | Southern Glazer's Wine & Spirits | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 07/25/22 | Fintech ACH | 77.04 | Southern Glazer's Wine & Spirits | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 08/01/22 | Fintech ACH | 513.00 | Southern Glazer's Wine & Spirits | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 08/01/22 | Fintech ACH | 150.00 | Southern Glazer's Wine & Spirits | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 08/01/22 | Fintech ACH | 80.98 | Southern Glazer's Wine & Spirits | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 08/01/22 | Fintech ACH | 40.80 | Southern Glazer's Wine & Spirits | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 08/01/22 | Fintech ACH | 306.00 | Southern Glazer's Wine & Spirits | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 08/01/22 | Fintech ACH | 25.92 | Southern Glazer's Wine & Spirits | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 08/01/22 | Fintech ACH | 24.00 | Southern Glazer's Wine & Spirits | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 08/08/22 | Fintech ACH | 491.40 | Southern Glazer's Wine & Spirits | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 08/08/22 | Fintech ACH | 307.90 | Southern Glazer's Wine & Spirits | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 08/08/22 | Fintech ACH | 495.05 | Southern Glazer's Wine & Spirits | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 08/08/22 | Fintech ACH | 24.00 | Southern Glazer's Wine & Spirits | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 08/15/22 | Fintech ACH | 696.00 | Southern Glazer's Wine & Spirits | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 08/15/22 | Fintech ACH | 65.85 | Southern Glazer's Wine & Spirits | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 08/15/22 | Fintech ACH | 519.00 | Southern Glazer's Wine & Spirits | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 08/15/22 | Fintech ACH | 142.15 | Southern Glazer's Wine & Spirits | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 08/15/22 | Fintech ACH | 24.00 | Southern Glazer's Wine & Spirits | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 08/22/22 | Fintech ACH | 649.42 | Southern Glazer's Wine & Spirits | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 08/29/22 | Fintech ACH | 465.00 | Southern Glazer's Wine & Spirits | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 08/29/22 | Fintech ACH | 339.00 | Southern Glazer's Wine & Spirits | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 08/29/22 | Fintech ACH | 78.71 | Southern Glazer's Wine & Spirits | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 08/29/22 | Fintech ACH | 48.00 | Southern Glazer's Wine & Spirits | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 09/05/22 | Fintech ACH | 273.00 | Southern Glazer's Wine & Spirits | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 09/05/22 | Fintech ACH | 51.55 | Southern Glazer's Wine & Spirits | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 09/05/22 | Fintech ACH | 107.04 | Southern Glazer's Wine & Spirits | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 09/12/22 | Fintech ACH | 872.20 | Southern Glazer's Wine & Spirits | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 09/14/22 | Fintech ACH | (6.75) | Southern Glazer's Wine & Spirits | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |

**DATG, Inc.**
*Payments Made in the 90 days Prior to Petition Date (<$6,425)*
*Period: July 9, 2022 to October 6, 2022*

| Date Paid | Ck # if applicable | Amount | Payee | Payee Address | Purpose |
|---|---|---|---|---|---|
| 09/19/22 | Fintech ACH | 240.00 | Southern Glazer's Wine & Spirits | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 09/19/22 | Fintech ACH | 2,281.25 | Southern Glazer's Wine & Spirits | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 09/19/22 | Fintech ACH | 243.00 | Southern Glazer's Wine & Spirits | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 09/19/22 | Fintech ACH | 1,422.00 | Southern Glazer's Wine & Spirits | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 09/19/22 | Fintech ACH | 212.45 | Southern Glazer's Wine & Spirits | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 09/19/22 | Fintech ACH | 53.04 | Southern Glazer's Wine & Spirits | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 10/03/22 | Fintech ACH | 1,606.80 | Southern Glazer's Wine & Spirits | 3109 W. Dr. Martin Luther King Jr. Blvd Suite 200 Tampa, FL 33607 | Beer/Wine/Liquor |
| 07/27/22 | Wire | 35,175.92 | Swann Hadley Stump Dietrich & Spear | | Rent |
| 08/30/22 | Wire | 35,175.92 | Swann Hadley Stump Dietrich & Spear | | Rent |
| 09/29/22 | Wire | 35,175.92 | Swann Hadley Stump Dietrich & Spear | | Rent |
| | | **$406,422.88** | | | |

**United States Bankruptcy Court**
**Southern District of Florida**

In re   **DATG Pizzeria, Inc.** _____      Case No.   **22-17790**

                                                   Debtor(s)      Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Agent of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **November  2, 2022** _____       **/s/ Coal Brick Oven Pizzeria Florida, Inc. as sole owner of DATG**

                                                      **Coal Brick Oven Pizzeria Florida, Inc. as sole owner of**
                                                      **DATG/Authorized Agent**
                                                      Signer/Title